JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO M. E.,<br><br>                              Plaintiff,<br><br>        **v.**<br><br>FRANK BISIGNANO, Commissioner of Social Security**,**<br><br>                              Defendant. | NO. SACV-24-02287-AB (AGR)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that Judgment is entered for the Plaintiff, the decision of the Commissioner is reversed, and this action is remanded to the Commissioner for further proceedings consistent with the Order Accepting Findings and Recommendation of United States Magistrate Judge.

Dated: March 18, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1